UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL HENNER
ELIZABETH HENNER,

                        Plaintiffs,

                                                          DECISION AND ORDER

                                                          10-CV-6129L

                        v.

NICHOLAS D. DI CELLO,

                        Defendant.
_____

       The parties having advised the Court that they have reached a tentative settlement of the claims in this case, defendant's motion to dismiss (Dkt. #5), and plaintiffs' motions for a stay (Dkt. #8) and for leave to file an amended complaint (Dkt. #17) are denied as moot, without prejudice to refiling in the event that the proposed settlement is not finalized or effectuated.

       IT IS SO ORDERED.

                                                _____
                                                DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
       April 20, 2011.